James F. BOSCHERT, Plaintiff–Appellant

v.

JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, Defendant–Appellee.

No. 15–2059.

United States Court of Appeals, Eighth Circuit.

Submitted: Jan. 5, 2016.

Filed: Jan. 15, 2016.

District of Missouri.

Ronald Salvatore Ribaudo, The Ribaudo Law Firm, Ballwin, MO, for Plaintiff–Appellant.

Rhiana Luaders, Brian C. Walsh, Bryan & Cave, Saint Louis, MO, for Defendant–Appellee.

Before SMITH, BYE and SHEPHERD, Circuit Judges.

PER CURIAM.

James F. Boschert appeals the district court's[1] dismissal of his diversity action under Federal Rule of Civil Procedure 12(b)(6). We agree with the district court that dismissal for failure to state a claim was warranted, *see Mountain Home Flight Serv., Inc. v. Baxter Cnty., Ark.,* 758 F.3d 1038, 1042–43 (8th Cir.2014) (de novo review), and we find no merit to Boschert's objections to the no-argument designation of the instant appeal. The judgment of the district court is affirmed. *See* 8th Cir. R. 47B.

[1]. The Honorable Catherine D. Perry, Chief Judge, United States District Court for the Eastern District of Missouri.